**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division**

| | | |
|---|---|---|
| FRED HUTCHINSON CANCER RESEARCH CENTER; ARGUS GENETICS, LLC; AND MARS, INC., | § § § § | Case No. 2:10-cv-00616-RAJ-TEM |
| Plaintiffs, | § § | |
| v. | § § | |
| BIOPET VET LAB, INC.; AND RADIO SYSTEMS CORPORATION D/B/A PETSAFE, | § § § § | |
| Defendants. | | |

**STIPULATED VOLUNTARY DISMISSAL**

Plaintiffs Fred Hutchinson Cancer Research Center; Argus Genetics, LLC; and Mars, Inc. and Defendant Radio Systems Corporation d/b/a PetSafe hereby stipulate that, pursuant to a settlement agreement entered between the parties, all of the claims and causes of action asserted against the other in the above-captioned matter should be dismissed with prejudice to refiling same, and jointly move for dismissal of this action pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii).

239019v1

Dated: August 10, 2011 Respectfully submitted,

By: /s/
    Dawn L. Serafine, Esq. (VSB No. 48762)
    Attorney for Fred Hutchinson Cancer Research
    Center; Argus Genetics, LLC; and Mars, Inc.
    TROUTMAN SANDERS, LLP
    150 W. Main Street, Suite 1600
    Norfolk, Virginia 23510
    Tel: 757.687.7558
    Fax: 757.687.1537
    dawn.serafine@troutmansanders.com

    Christopher Alan Abel (VSB No. 31821)
    TROUTMAN SANDERS, LLP
    150 W. Main Street, Suite 1600
    Norfolk, Virginia 23510
    Tel. 757.687.7535
    Fax 757.687.1535
    christopher.abel@troutmansanders.com

    Marc L. Delflache (*pro hac vice*)
    FULBRIGHT & JAWORSKI LLP
    2200 Ross Avenue
    Suite 2800
    Dallas, TX 75201-2784
    Tel. 214.855.8000
    Fax 214.855.8200
    mdelflache@fulbright.com

    Gilbert A. Greene (*pro hac vice*)
    FULBRIGHT & JAWORSKI LLP
    600 Congress Avenue, Suite 2400
    Austin, TX 78701
    Tel. 512.536.5201
    Fax: 512.536.4598
    ggreene@fulbright.com

    COUNSEL FOR FRED HUTCHINSON
    CANCER RESEARCH CENTER; ARGUS
    GENETICS, LLC; AND MARS, INC.

239019v1

-3-

By: /s/_____
Gregory N. Stillman (VSB #14308)
Brent L. VanNorman (VSB #45956)
Georgianna G. Ramsey (VSB #74409)
HUNTON & WILLIAMS LLP
500 East Main Street, Suite 1000
Norfolk, VA 23510
Telephone: 757.640.5300
Facsimile: 757.625.7720
gstillman@hunton.com
bvannorman@hunton.com
gramsey@hunton.com

R. Bradford Brittian  (*pro hac vice*)
MERCHANT & GOULD
110 Tyson Boulevard, Suite 203
Alcoa, TN 37707
Telephone:  865.380.5960
Facsimile:  865.380.5999

Van R. Irion (*pro hac vice*)
Law Office of Van R. Irion, PLLC
9040 Executive Park Drive, Suite 223
Knoxville, TN 37923
Telephone: 865.809.1505
Facsimile: 865.531.9149
van@irionlaw.com

COUNSEL FOR RADIO SYSTEMS
CORPORATION D/B/A PETSAFE

239019v1